IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| THELMA ROBERTSON, | ) |
| | ) Case No. 4:06-CV-00023 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TJB ENTERPRISES, INC., AND | ) |
| CITIFINANCIAL AUTO | ) By: Jackson L. Kiser |
| CORPORATION, | ) Senior United States District Judge |
| | ) |
| Defendants. | ) |

For the reasons stated in the accompanying *Memorandum Opinion*, Defendant TJB's *Motion to Dismiss* [9] Counts I, II, and V of the Plaintiff's *Complaint* is hereby **denied**, and TJB's *Motion for a More Definite Statement* [8] is hereby **denied**.

TJB is hereby directed to file its responsive pleading to the Plaintiff's *Complaint* within fourteen (14) days from the date of this *Order*.

The Clerk of Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 16th day of June, 2006.

                                                                                 s/Jackson L. Kiser
                                                                                 Senior United States District Judge